# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MILLER MENDEL, INC., a Washington Corporation; and TYLER MILLER, an Oregon state resident, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF OKLAHOMA CITY, a municipal corporation; and GUARDIAN ALLIANCE TECHNOLOGIES, INC., a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-18-990-JD |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

COMES NOW, Defendants, The City of Oklahoma City and Guardian Alliance Technologies, Inc., by and through counsel of record, and pursuant to LCvR 83.5, move this Court for leave to permit Jordan A. Sigale to withdraw as counsel of record for Defendants. In support of this motion, counsel states as follows:

1. As of November 1, 2021, Jordan A. Sigale is no longer employed with Dunlap Codding, P.C.

2. Defendants will continue to be represented by all attorneys of Dunlap Codding, P.C. who have entered and appearance on their behalf.

3. LCvR 83.5 provides for withdrawal "by leave of the judge to whom the case is assigned, upon reasonable notice to the client and all other parties who have appeared in the case." Neither the client, nor opposing counsel object to the withdrawal.

WHEREFORE, Defendants, The City of Oklahoma City and Guardian Alliance Technologies, Inc., respectfully request this honorable Court grant this motion for Leave and enter an Order granting leave for Jordan A. Sigale to withdraw as counsel of record for Defendants in the above-captioned matter, and any other relief the Court deems just and proper.

DATED:   December 3, 2021           Respectfully submitted,

/s/ *Evan W. Talley*
Douglas J. Sorocco, OBA NO. 17347
Evan W. Talley, OBA NO. 22923
**DUNLAP CODDING PC**
609 West Sheridan Avenue
Oklahoma City, OK 73102
Telephone:   (405) 607-8600
Facsimile:   (405) 607-8686
E-mail:etalley@dunlapcodding.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I certify that on December 3, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Todd A. Nelson
Paul E. Rossler
Kurt Rylander
Mark Beatty

/s/ *Evan W. Talley*
Evan W. Talley